# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

In Re:

**Teresa Jean Moore**

Debtor(s).

Case No.: **10–00771**

Chapter: **13**

## DEFICIENCY NOTICE

## ORDER TO SATISFY PETITION FILING REQUIREMENTS
## AND NOTICE OF INTENT TO DISMISS CASE UNDER 11 U.S.C. Sec. 109(g)(1)

**TO THE DEBTOR AND THE DEBTOR'S ATTORNEY OF RECORD:**

This case was commenced with the filing of a voluntary petition on March 18, 2010 . The petition was not accompanied by one or more of the following documents required by 11 U.S.C. Sec. 521 and Fed. R. Bankr. P. 1007 and, if a case filed under chapter 13, by 11 U.S.C. Sec. 1321 and Fed. R. Bankr. P. 3015(b).

**Credit Counseling Cert due 04/01/2010**
**Income Stmt/Disposable Income due 04/01/2010**
**Chapter 13 Plan due 04/01/2010**
**Schedules A–J due 04/01/2010**
**Statistical Summary due 04/01/2010**
**Stmt. of Fin. Affairs due 04/01/2010**
**Summary of Schedules due 04/01/2010**

**The documents listed above must be filed with the court within 14 days after the date of the filing of the petition [with the exception of the Statement of Intention which must be filed within 30 days], unless an extension of time is requested and granted.** The debtor and [if any] the joint debtor are hereby ordered to comply with the above filing requirements. Failure to comply by filing all missing documents within 14 days after March 18, 2010 may result in dismissal of the case and may also be considered a wilful failure to abide by court order within the meaning of 11 U.S.C. Sec. 109(g)(1). This means that the debtor and [if any] the joint debtor will not be eligible to file another bankruptcy petition for 180 days after the entry of an order dismissing the case.

**Dated: March 18, 2010**

**Address of the Bankruptcy Clerk's Office:**
1132 Bishop Street
Suite 250
Honolulu, HI 96813

Telephone number: (808) 522–8100

Clerk of the Bankruptcy Court

**Michael B. Dowling**