Teresa J. Moore
Post Office Box 75217
Honolulu, Hawaii 96836
Tel: (818) 206-1146
Fax: (818) 647-1186

*For the Debtor.*

In the
# United States Bankruptcy Court
District of the Hawaii
1132 Bishop Street, Honolulu, Hawaii

| | | |
|---|---|---|
| TERESA JEAN MOORE, DEBTOR | ) | Case: 10-00771 |
| | ) | |
| vs. | ) | |
| | ) | EMERGENCY *MOTION* |
| AOAO THE WINDSOR; EKIMOTO & | ) | ~~RESTRAINING ORDER~~ |
| MORRIS, LLC, CREDITOR | ) | --------- |
| | ) | EMERGENCY MOTION TO ENFORCE THE |
| | ) | AUTOMATIC STAY; ENJOIN THE |
| | ) | FORECLOSURE SALE SCHEDULED FOR |
| | ) | MAY 7, 2010 AND TO IMPOSE |
| | ) | CONTEMPT SANCTIONS ; MEMORANDUM |
| | ) | OF LAW; DECLARATION OF TERESA |
| | ) | JEAN MOORE |
| | ) | |
| | ) | |
| | ) | Date: |
| | ) | Time: |
| | ) | Judge: |
| | ) | |
| | ) | |
| | ) | |

EMERGENCY RESTRAINING ORDER TO ENJOIN
AOAO THE WINDSOR AND EKIMOTO & MORRIS, LLC. FROM PROCEEDING WITH
SCHEDULED FORECLOSURE ON MAY 7, 2010

The Debtor: Teresa Jean Moore brings this EMERGENCY MOTION TO ENFORCE THE AUTOMATIC STAY; ENJOIN THE FORECLOSURE SALE SCHEDULED FOR MAY 7, 2010 AND TO IMPOSE CONTEMPT SANCTIONS against purported creditors: AOAO THE WINDSOR, EKIMOTO & MORRIS; and PNC BANK.

The Debtor: Moore supports the EMERGENCY MOTION (1) with the STATEMENT OF FACTS, (2) with the LAW SUPPORT MEMORANDUM, and (3) with the DEBTOR'S SUPPORT DECLARATIONS.

DATE: _May 4, 2010_          Respectfully Presented,

Teresa J. Moore
Post Office Box 75217
Honolulu, Hawaii 96836
Tel: (818) 206-1146
Fax: (818) 647-1186
Net: teresa_j_moore@yahoo.com

Teresa J. Moore

Post Office Box 75217
Honolulu, Hawaii 96836
Tel: (818) 206-1146
Fax: (818) 647-1186

*For the Debtor*

In the
## United States Bankruptcy Court
District of the Hawaii
1132 Bishop Street, Honolulu, Hawaii

| | |
|---|---|
| TERESA JEAN MOORE, DEBTOR )<br><br>vs. )<br><br>AOAO THE WINDSOR; EKIMOTO &<br>MORRIS, LLC, CREDITOR ) | Case: 10-00771<br><br>EMERGENCY<br>~~RESTRAINING~~ ORDER<br>- - - - - - - - -<br>EMERGENCY MOTION   TO ENFORCE<br>THE AUTOMATIC STAY; ENJOIN THE<br>FORECLOSURE SALE SCHEDULED FOR<br>MAY 7, 2010 AND TO IMPOSE<br>CONTEMPT SANCTIONS ; MEMORANDUM<br>OF LAW; DECLARATION OF TERESA<br>JEAN MOORE<br><br><br>Date:<br>Time:<br>Judge: |

### STATEMENT OF THE FACTS

The Debtor: Teresa Jean Moore (Moore) brings this EMERGENCY

MOTION TO ENFORCE THE AUTOMATIC STAY; ENJOIN THE FORECLOSURE

SALE SCHEDULED FOR MAY 7, 2010 AND TO IMPOSE CONTEMPT SANCTIONS based upon the following facts:

On January 21, 2009, Moore's mother Pacita I. Herschelman, passed away without a will, her surviving spouse is Eugene F. Herschelman, Moore's father. Pacita I. Herschelman was the titled owner of the property located at 343 Hobron Lane #4404, Honolulu, HI 96815.

Moore and her parents had an oral agreement that upon her mother's passing, she would receive 50% of the Hobron Property.

On March 19, 2009, Moore was appointed the Personal Representative of the Pacita I. Herschelman Estate (Probate Estate). (see Exhibit 1)

On April 21, 2009, Moore as the Personal Representative sent out a Notice of the Probate Estate, requesting all claims against the estate be submitted within 4 months. AOAO THE WINDSOR, and National City Mortgage (which is now purportedly PNC BANK) was sent a copy of this letter. (see Exhibit 2)

On October 1, 2009, Moore and her father, Eugene F. Herschelman filed a complaint in the US District Court against the lenders of the mortgages on the properties that Moore's parents owned for Predatory Lending Schemes. On December 28, 2009, the complaint was amended to include among other defendants, AOAO THE WINDSOR and EKIMOTO & MORRIS for wrongful foreclosure activities and Fair Debt Collection Activities Violations.

On March 18, 2010, Moore filed the instant Chapter 13 Bankruptcy to protect her interest in the properties and to preserve the assets of the Probate Estate, by implementing an

organized payment plan to legitimate creditors making claims against the properties.

On March 18, 2010, The Bankruptcy Court mailed out the Notice of Bankruptcy Filing to the creditor's on the creditor matrix. The AOAO THE WINDSOR was listed on the creditor matrix along with PNC BANK the purported creditor on the Hobron Lane Property. (see Exhbit 3)

On March 20, 2010, the AOAO THE WINDSOR through their attorneys EKIMOTO & MORRIS sent a letter to Moore as the "HEIR and DEVISEE" of the Pacita Herschelman estate, stating that the AOAO THE WINDSOR has scheduled a Foreclosure of the Hobron Property for May 7, 2010.

On or about April 4, 2010, EKIMOTO & MORRIS caused to be personally served upon Moore's husband, at the Hobron Property, a copy of the Notice of Foreclosure sale. (see Exhibit 4)

On April 6, 2009, Moore was stopped by the WINDSOR security guard and informed that she and her husband could not use the common areas.

On April 7, 2009, Moore retrieved from her vehicles, which were parked in the Apartment's dedicated parking stalls, a NOTICE of INTENT to tow. Moore immediately, notified the front desk secretary of the Bankruptcy Stay and demanded that the AOAO THE WINDSOR attorney be notified of the violation of the bankruptcy stay. (see exhibit 5)

On April 15, 2009, Moore filed her Chapter 13 plan which called for post-petition payments to the AOAO THE WINDSOR's homeowners fees to be maintained outside of the plan.

On April 15, 2010, Moore made her first Plan Payment by hand delivery to the Chapter 13 Trustee's office.

On April 19, 2010, Moore hand delivered to the Attorney for the AOAO THE WINDSOR, Michael Kozak, a check for the AOAO THE WINDSOR's April Homeowners Fees. (see Exhibit 6)

On April 23, 2010, at a status conference in was held in the District Court "Predatory Lending" case, where the subject of the hearing was to determine the effects of the Moore Bankruptcy filing on the scheduled motions. The Judge Ezra acknowledged the Bankruptcy Stay in effect from foreclosing on the properties, and stated the District Court Case could move forward. The attorney's for the AOAO THE WINDSOR, EKIMOTO & MORRIS, and PNC BANK were present at this hearing.

On April 29, 2010 while attending the 341 Creditor's meeting, Moore was questioned by the attorney John Morris representing the purported creditor claims of the AOAO THE WINDSOR. During that hearing, after discovering that Moore had planned to return to the mainland on May 4,2010 for business obligations, attorney Rosen, who represents PNC Bank, instructed the attorney Morris to "LOCK [Moore] OUT of the Hobron Apartment when she leaves.

After the 341 Hearing ended, Moore requested to speak with attorney Morris to confirm that he was not going to proceed with the scheduled May 7, 2010 AOAO THE WINDSOR foreclosure sale. Attorney Morris stated that: "because [Moore] was not paying enough in the plan, that he would be proceeding with the sale". When Moore informed him of the Bankruptcy Stay, Attorney Morris

stated: **"well, since you haven't fared well in your other court hearings up to now, we will take our chances"**.

## LAW SUPPORT MEMORANDUM

The automatic stay is a court order that is immediately imposed when the debtor files a bankruptcy petition, and it prohibits anyone from trying to obtain the debtor's property. (11 U.S.C. sect. 362).

If someone violates the stay, bankruptcy code provides for actual damages, costs and attorney fees as well as punitive damages, if appropriate (11 U.S.C. sect. 362(k)(1).

The automatic stay is a court order, and if creditors violate it, they can be held in contempt of the court that issued the order. Civil contempt is a willful disregard of a court order. Punishment for civil contempt may be a fine or imprisonment, the goal is to get the violator to comply with the order. The violation of the bankruptcy stay's prohibitions constitutes contempt of court. The legislative history of bankruptcy code (sect. 362(k)) makes it clear that Congress was granting an additional remedy to debtors beyond those already in existence. This includes the bankruptcy court's power to hold a creditor in contempt.

Contempt sanctions generally can be imposed regardless of whether the violation is in willful disregard of the stay. So long as the party who was ordered not to do something, also known as the enjoined party, has notice of the stay, it is responsible for the consequences. If either a creditor or

collection agent has knowledge of the case, the creditor may be held in contempt for any collection attempts which are made by its collection agent after the bankruptcy petition was filed. The sanctions or penalties that may be imposed for contempt are similar to those activities available under bankruptcy code sect 362(k).

IN RE: DUANE A. ROYAL, TRACEY A. ROYAL (165 B.R. 802) the bankruptcy court stated that "the debtor's estate is comprised of all legal or equitable interests of the debtor in property as of the commencement of the case. (11 U.S.C. sect. 541(a)(1). In addition, certain property, including an inheritance, acquired within 180 days after commencement of the case, that would have been property of the estate if such interest had been an interest of the debtor on the date of the filing of the petition, also becomes property of the estate. (11 U.S.C. sect. 541(a)(5)(A).

In re: BRAIN W. BUNCH, Debtor; BRIAN W. BUNCH, Plaintiff v. HOPKINS SAVINGS BANK, Etal, Defendants,(249 B.R. 667) a bankruptcy case in Maryland, where the debtor filed a complaint to hold the mortgage trustees and their attorneys in contempt for violation of the automatic stay, the bankruptcy court found: "while a decedent's estate is not eligible to file a Chapter 13 bankruptcy petition because it is not within the definition of an "individual" as set forth in 11 U.S.C. § 109 for purposes of Chapter 13, a debtor who is serving as a personal representative of a decedent's estate is not thereby barred from filing a Chapter 13 petition in his individual capacity, if otherwise eligible."

In this case, (1) the debtor was both personal representative of his mother's decedent's estate and also her sole heir and was residing in the decedent's former home; (2) the mortgagee, with knowledge of the debtor's filing of bankruptcy in his individual capacity nevertheless sold the property at foreclosure without first obtaining relief from the automatic stay. 3) the complaint alleged that the failure of the defendants to seek relief from the automatic stay before instituting foreclosure proceedings subjects them to the imposition of damages pursuant to 11 U.S.C. § 362(h) for willful violation of the automatic stay; and (4) the debtor's interest in his mother's decedent's estate as her sole heir and beneficiary on the date he filed bankruptcy was property of the debtor's bankruptcy estate and subject to the automatic stay provisions of 11 U.S.C. § 362(a).

The court found that: "Under the Maryland laws of intestacy, the rights of a prospective heir do not vest until the death of the intestate decedent." U.S. v. Miscellaneous Jewelry, 667 F. Supp. 232 (D.Md. 1987), aff'd sub nom., In re One 1985 Nissan, 889 F.2d 1317 (4th Cir. 1989)(citing Md. Code Ann., [Est. & Trusts] §§ 3-101-3-110 (1974, 1986 cum. Supp.) and... while it is true that the debtor held bare legal title to the property in question as personal representative, as the defendants acknowledge, it is equally clear that he also held an equitable interest in his mother's property as the decedent's sole heir and sole beneficiary of her estate, which had vested in him at the time of her death, well before the debtor filed bankruptcy. The complaint does not indicate whether, on the date

the sale occurred, the debtor was in possession of the premises as her sole heir after a distribution, or as her personal representative before a distribution. However, it is alleged that he was in possession of the premises, regardless of whether his status was as sole heir, personal representative, or otherwise. At least insofar as the debtor had some possessory interest in the property, whether legal or equitable, the automatic stay took effect on the date the bankruptcy petition was filed and remained in effect at the time the sale of the debtor's residence occurred, without the prior lifting of the stay by this Court.

In this case, Moore is not only the Personal Representative of the estate, but holds a 50% interest in the property as an heir to the wishes of her mother as acknowledge by her father the surviving spouse.

**The creditors were not only noticed of Moore's appointment as Personal Representative, sued in District Court for wrongful foreclosure activities, noticed of the bankruptcy filing, but personally contacted by the debtor through each of their numerous attorneys of the stay.** The final activities of the Attorney Rosen and Attorney Morris in the 341 Meeting of Creditor's, where **in a room full of debtors and their attorneys where they blatantly direct one another to "LOCK HER OUT" and state that "you haven't faired well in your previous hearings so I will just take my chances"** is the final act that requires the debtor to bring an **EMERGENCY MOTION** to seek that the bankruptcy court intervene and enjoin the creditors from their threats of foreclosure and lock-out in violation of the automatic stay by

ORDERING THE ENJOINMENT OF THE FORECLOSURE SCHEDULED FOR MAY 7, 2010, and an ORDER FOR CONTEMPT OF COURT on behalf of the attorney's Rosen, Morris, and their Clients PNC Bank and AOAO THE WINDSOR.

DATE: _May 4, 2010_

Respectfully Presented,

Teresa J. Moore
Post Office Box 75217
Honolulu, Hawaii 96836
Tel: (818) 206-1146
Fax: (818) 647-1186
Net: teresa_j_moore@yahoo.com

Teresa J. Moore

Post Office Box 75217
Honolulu, Hawaii 96836
Tel: (818) 206-1146
Fax: (818) 647-1186

*For the Debtor*

In the
## United States Bankruptcy Court
District of the Hawaii
1132 Bishop Street, Honolulu, Hawaii

| | |
|---|---|
| TERESA JEAN MOORE, DEBTOR | )    Case: 10-00771 |
| | ) |
| vs. | ) |
| | )    DECLARATION OF |
| AOAO THE WINDSOR; EKIMOTO & | )    TERESA JEAN MOORE |
| MORRIS, LLC, CREDITOR | )    --------- |
| | ) EMERGENCY MOTION   TO ENFORCE |
| | ) THE AUTOMATIC STAY; ENJOIN THE |
| | ) FORECLOSURE SALE SCHEDULED FOR |
| | )   MAY 7, 2010 AND TO IMPOSE |
| | ) CONTEMPT SANCTIONS ; MEMORANDUM |
| | ) OF LAW; DECLARATION OF TERESA |
| | )       JEAN MOORE |
| | ) |
| | ) |
| | )    Date: |
| | )    Time: |
| | )    Judge: |
| | ) |
| | ) |
| | ) |

## Declaration Of Teresa J. Moore

I, Teresa J. Moore, state:

    **1.** My name is Teresa Jean Moore and I am the Debtor in

the Chapter 13 Case # 10-00771 filed on March 18, 2010.

**2.** I have personal knowledge of the facts in this declaration, except for the matters upon my information and my belief, which I believe to be true. If called as a witness, I will competently testify about the facts in this declaration in any proceeding before the court.

**3.** I make this declaration IN SUPPORT OF the EMERGENCY MOTION TO ENFORCE THE AUTOMATIC STAY AND TO ENJOIN AOAO THE WINDSOR AND EKIMOTO & MORRIS, LLC. FROM PROCEEDING WITH SCHEDULED FORECLOSURE ON MAY 7, 2010; AND TO IMPOSE CONTEMPT SANCTIONS.

**4.** I am a competent woman and I live in the Honolulu County at the address of the 343 Hobron Lane, Apartment 4404, Honolulu, Hawaii. My mailing address is the Post Office Box 75217, Honolulu, Hawaii 96836.

**5.** I am the heir to 50% of the 343 Hobron Lane Property, with my father who is the surviving spouse. I am also the Personal Representative of the Pacita Herschelman Estate.

**6.** On March 18, 2010, I filed a Chapter 13 Bankruptcy and included the Windsor Property as part of the Bankruptcy Estate as the heir to 50% interest from my mother's estate and as the Personal Representative of the Probate Estate.

**7.** Prior to filing bankruptcy, I filed a complaint for Lender Fraud as a co-plaintiff with my father, Eugene Francis Herschelman, in the action of the Civil Case No: CV09-00461-DAE/KSC, United States District Court, Hawaii District, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850, which we filed on the October 1, 2009 and amended on the December 28, 2009.

**8.** On March 18, 2010, the US Bankruptcy court sent to all creditors on the mailing matrix, to include "AOAO THE WINDSOR" 1001 Bishop Street, Suite 780, Honolulu, Hi 96813-9655, a Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Deadlines. In the body of the letter there is a notice of the "automatic stay" under "Creditors May Not Take Certain Actions:"

**9.** On March 20, 2010, EKIMOTO & MORRIS for AOAO THE WINDSOR filed a Notice of Foreclosure Sale scheduled for May 7, 2010 and mailed a letter addressed to : The Heirs or Devisees of Pacita Inductivo Herschelman, Deceased noticing of the foreclosure.

**10.** On or about April 4, 2010, EKIMOTO & MORRIS caused to be served at the 343 Hobron Property, the Notice of Non Judicial Foreclosure scheduled for May 7, 2010 upon my husband Robert Moore.

**11.** On April 6, 2010, the AOAO THE WINDSOR security guard stopped me in the common areas and informed me and my husband that we were not allowed to use any of the common areas.

**12.** On April 7, 2010, I retrieved two notices posted on my vehicles parked in our parking stalls, stating that our vehicles were subject to tow.

**13.** On April 7, 2010, I informed the secretary at the front desk that there was a bankruptcy stay in place and to inform the Property Manager and the WINDSOR's attorney that they were violating a bankruptcy stay. I provided a letter with a copy of the UNAUTHORIZED PARKING: notice and

requested it be faxed immediately to the WINDSOR's attorney.

**14.** On April 15, 2010, I filed my Chapter 13 plan which included that I maintain AOAO THE WINDSOR post-petition payments made outside the plan and paid directly to the AOAO.

**15.** On April 15, 2010, I made my first plan payment to the Chapter 13 Trustee's office by hand delivery.

**16.** On April 19,2010, I hand carried a check for the AOAO WINDSOR April Homeowners' Fee to the Attorney Michael Kozak, who was the attorney of record for the defendant's Ekimoto & Morris. I spoke to Mr. Kozak personally, and he informed me he would forward the check to his client.

**17.** On April 23, 2010, I attended a status conference hearing brought by defendant Carrington Mortgage requesting clarification of the effect of my bankruptcy filing and the defendant's motion to dismiss hearing scheduled for June 14, 2010. At that hearing, Judge Ezra stated that the bankruptcy stay did not affect moving forward on the instant case, however it did stay any foreclosure proceedings against the properties. Both attorneys for the AOAO THE WINDSOR were present at the hearing and acknowledged my concerns with the scheduled AOAO THE WINDSOR foreclosure set for May 7, 2010. Additionally, the attorney ROSEN for the defendants NCM/PNC Bank, who was also present heard me state my concern as I mentioned the June 10, 2010 foreclosure sale that his clients had scheduled.

**18.** After the hearing, I spoke with Attorney Kozak and confirmed that he forwarded the check to his clients EKIMOTO & MORRIS. He stated he had given the check to the Attorney Peter Olson, who was representing the AOAO THE WINDSOR. I asked the attorney Olsen if he would confirm with his client that he received the payment and that his client would not move forward with the foreclosure sale scheduled for May 7, 2010. Later that day, I telephoned Mr. Olson, and he stated that Mr. Kozak had mis-spoken after court that morning and informed him that the check was forwarded to EKIMOTO & MORRIS. He also stated, he had sent an email to his clients notifying them of my concerns about the bankruptcy stay and the scheduled foreclosure.

**19.** On April 29, 2010, I attended a 341 Bankruptcy hearing with the Chapter 13 Trustee, Howard M.S. HU. At that hearing, attorney Morris, Eblen, Rosen, and Schklov, were present along with an IRS agent Mary Newell and a Hawaii State Taxation agent. During the hearing, Mr. Morris confirmed he had received the April payment. During a short break taken by Mr. Hu to confirm a date to continue the 341 hearing, attorney Rosen instructed attorney Morris to **"LOCK [Teresa Moore] OUT" of the apartment when she leaves on May 4, 2010 for the mainland.** This statement was made in the US Bankruptcy Trustee's hearing room with over 30 debtors and their attorneys hearing this statement.

**20.** After the 341 hearing, I was shocked of this blatant Bankruptcy Stay Violation, and asked to speak with attorney Morris directly in the hall. I asked attorney Morris if he

was planning to hold the scheduled foreclosure sale on May 7, 2010, and he said: **"since you are not paying the full amount, then we have no choice but to hold the scheduled sale."** When I informed him that it would be a violation of the automatic stay, he said: **"well you haven't fared well in your other court hearings up to now, so we will take our chances"**.

**21.** Based upon attorney Rosen's comments in the 341 hearing room to **"LOCK HER OUT"** and attorney Morris's statement that he will proceed with the scheduled May 7, 2010 foreclosure of the Hobron Apartment, I sit in fear that I will be thrown out of my home and my father and my interest in the Hobron Property will be lost. I have been forced to reschedule my business trip to California on May 4, 2010 because of the threat of LOCK-OUT and FORECLOSURE which is in violation of the current bankruptcy stay.

DATE: _May 3, 2010_      Respectfully Presented,

Teresa J. Moore
343 Hobron Lane, Apt # 4404
Honolulu, Hawaii 96815
Tel: (818) 206-1146
Fax: (818) 647-1186
Net: teresa_j_moore@yahoo.com

U.S. Bankruptcy Court - Hawaii  #10-00771  Dkt # 18   Filed  05/04/10   Page 17 of 41

ATTACHMENTS:

    **Exhibit-1:**  LETTERS OF AUTHORIZATION

    **Exhibit-2:**  ESTATE ADMINISTRATION NOTICE

    **Exhibit-3:**  BANKRUPTCY NOTICE.

    **Exhibit-4:**  EKIMOTO & MORRIS FORECLOSURE SALE NOTICE.

    **Exhibit-5:**  DEBTOR'S NOTICE OF BANKRUPTCY STAY.

    **Exhibit-6:**  LETTER TO KOZAIK W/ CHECK.

**EXHIBIT-1**

TERESA MOORE
~~(Attorney Name & Number)~~
~~(Law Firm, If Any)~~
(Address) P.O. Box 75217, Honolulu, Hi 96836
Telephone: 808-447-9464

Attorney for Personal Representative

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2009 MAR 19 PM 3:06

D. SAKIMOTO
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| THE ESTATE | ) | P. No. 09-1-0141 |
| | ) | (Informal) |
| OF | ) | |
| | ) | LETTERS OF ADMINISTRATION |
| PACITA S HERSCHELMAN | ) | |
| | ) | |
| DECEASED. | ) | |
| | ) | |

## LETTERS OF ADMINISTRATION

TERESA MOORE
(Name)         is informally appointed Personal Representative of the

Estate of the decedent.

Limitations on powers: (None).

These Letters of Administration shall expire three years from the date hereof, unless

renewed by the Court for good cause.

DATED: ~~(City)~~ Honolulu, Hawaii,         MAR 19 2009

D. SAKIMOTO    (SEAL)

CLERK, CIRCUIT COURT OF THE FIRST CIRCUIT

I do hereby certify that this is a full, true, and
correct copy of the original on file in this office.

Clerk, Circuit Court, First Circuit
State of Hawaii

NO BOUNCE RULE IN EFFECT

**EXHIBIT-2**

**Teresa J. Moore**

Personal Representative of the Pacita Herschelman Estate
Post Office Box 75217 • Honolulu, Hawaii 96836
Tel: 818.206.1146 • Fax: 818.301.2577


**April 21, 2009**


**National City Mortgage**
Loan: 0003415695
P.O. Box 1820
Dayton, Ohio 45401-1820


**SUBJECT:** First Circuit Court Notice and Notice to Creditors, Probate Case No: 09-1-0141;
Estate of Pacita I. Herschelman, Deceased.


## PLEASE TAKE NOTICE

Pacita I Herschelman died on January 21, 2009. The Clerk of the First Circuit Court, State of Hawaii has informally appointed Teresa J. Moore as the personal representative of the estate. Please see the attached STATEMENT AUTHORIZING NOTICE OF INFORMAL APPLICATION TO INTERESTED PERSONS, FIRST CIRCUIT COURT NOTICE AND NOTICE TO CREDITORS and LETTERS OF ADMINISTRATION.

Sincerely,

*Teresa J. Moore*

Teresa J. Moore


## MAIL SERVICE DECLARATION

I declare under the penalty of perjury that I served a true and correct copy of the Letter: First Circuit Court Notice and Notice to Creditors, Probate Case No: 09-1-0141; Estate of Pacita I. Herschelman, Deceased, to the person: National City Mortgage at the address: P.O. Box 1820, Dayton, Ohio 45401-1820 on the date: April 29, 2009 from the place: Cupertino, California.

*Teresa J. Moore*

Teresa J. Moore

ProbateNotice                                                04/29/2009

**Exhibit 2**    **ESTATE ADMINISTRATION NOTICE**    **Page 1 of 4**
U.S. Bankruptcy Court - Hawaii #10-00191 Dkt # 16 Filed 05/04/10 Page 22 of 41

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2009 MAR 19 PM 1:22

D. SAKIMOTO
CLERK

Teresa Moore
P.O. Box 75217   Honolulu, Hi 96836
(Address)
Telephone: 808-447-9464

Attorney for Applicant

IN THE CIRCUIT COURT OF THE ___FIRST___ CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| THE ESTATE | ) | P. No. **09-1-0141** |
| | ) | (Informal) |
| OF | ) | |
| | ) | STATEMENT AUTHORIZING |
| PAOLA I. HERSCHELMAN | ) | NOTICE OF INFORMAL |
| | ) | APPLICATION TO |
| DECEASED. | ) | INTERESTED PERSONS |

STATEMENT AUTHORIZING
NOTICE OF INFORMAL
APPLICATION TO INTERESTED PERSONS

The Application of ___TERESA MOORE___ for Informal Appointment
(name of Applicant)

of Personal Representative (without will) having been filed,

IT IS HEREBY STATED:

1.    That Applicant give notice of the informal application in the manner

prescribed by HRS Section 560:1-401 to the persons enumerated in HRS Section 560:3-403 and to

any additional person who has filed a demand for notice under HRS Section 560:3-204.

2.    That all interested persons having any objections thereto must file said

objections with the Court within fourteen (14) days of the mailing or delivery of this statement.

3.    That the Registrar shall decide the application no earlier than _____ days

from the date of this Statement Authorizing Notice of Informal Application to Interested Persons.

DATED:   Honolulu, Hawaii, _____ MAR 1 9 2009 _____.

**D. SAKIMOTO**   [SEAL]
_____
Clerk

NO BOUNCE RULE IN EFFECT

( FIRST ) CIRCUIT COURT NOTICE AND NOTICE TO CREDITORS

P. No. _____ 09 - 1 - 0 1 4 1 _____

ESTATE OF ___ PACITA I. HERSCHELMAN ___ DECEASED
_____(name of decedent)_____

FILED, an application alleging the intestacy of the above-named decedent who died

on ___ JAN, 31 , 2009 ___, together with an application by ___ TERES Moore ___ of
_____(date)_____                                    _____(name of applicant)_____

P.O. Box 75917, Honolulu, HI 94886 ___ praying for issuance of informal Letters to said (name of  TERESA
_____(address)_____

Moore
nominated personal representative).

If any interested person has objections to the informal application, he may file a

petition for formal proceedings within forty (40) days after the date of the first publication of this

notice; if any interested person desires further notice concerning the estate, including notice

concerning the closing and distribution of the estate, he must file a Demand for Notice pursuant to

HRS Section 560:3-204.

All creditors of the above-named estate are hereby notified to present their claims

with proper vouchers or duly authenticated copies thereof, even if the claim is secured by mortgage

upon real estate, to said nominee, at the address shown above, within four (4) months from the date

of the first publication of this notice, or they will be forever barred.
                          Honolulu
DATED: (City), Hawaii, _____ MAR 1 9 2009 _____.


_____ D. SAKIMOTO _____
Clerk

TERESA Moore
~~(Attorney Name & Number)~~
~~(Law Firm, If Any)~~
(Address) P.O. Box 75217, Honolulu, Hi 96836
Telephone: 808·447·9464

Attorney for Personal Representative

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2009 MAR 19 PM 3:06

D. SAKIMOTO
CLERK

IN THE CIRCUIT COURT OF THE **FIRST** CIRCUIT

STATE OF HAWAII

| THE ESTATE | ) | P. No. **09-1-0141** |
| | ) | (Informal) |
| OF | ) | |
| PACITA S. HERSCHELMAN | ) | LETTERS OF ADMINISTRATION |
| | ) | |
| DECEASED. | ) | |
| | ) | |

## LETTERS OF ADMINISTRATION

TERESA Moore
~~(Name)~~ is informally appointed Personal Representative of the

Estate of the decedent.

Limitations on powers: (**None**).

These Letters of Administration shall expire three years from the date hereof, unless

renewed by the Court for good cause.

DATED: Honolulu ~~(City)~~, Hawaii, _____ MAR 19 2009 _____

D. SAKIMOTO (SEAL)

⌐ CLERK, CIRCUIT COURT OF THE FIRST CIRCUIT

I do hereby certify that this is a full, true, and
correct copy of the original on file in this office.

Clerk, Circuit Court, First Circuit
State of Hawaii

NO BOUNCE RULE IN EFFECT

**EXHIBIT-3**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII

## Notice of
## Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 3/18/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Teresa Jean Moore
P.O. Box 75217
Honolulu, HI 96836

| Case Number:<br>10–00771 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–3663 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Teresa Jean Moore<br>P.O. Box 75217<br>Honolulu, HI 96836<br>Telephone number: 818.206.1146 | Bankruptcy Trustee (name and address):<br>Howard M.S. Hu<br>1132 Bishop Street, Suite 301<br>Honolulu, HI 96813<br>Telephone number: (808) 526–3083 |

## Meeting of Creditors

Date: April 29, 2010                Time: 09:30 AM
Location: US Trustee Meeting Room, 1132 Bishop Street, Suite 606, Honolulu, HI 96813

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:

For all creditors (except a governmental unit): 7/28/10    For a governmental unit (except as otherwise
                                          provided in Fed. R. Bankr. P. 3002 (c)(1)): 9/14/10

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 6/28/10

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
A hearing on confirmation of the debtor's plan is scheduled for 6/3/10 , at 09:40 AM , in the U.S. Bankruptcy Courtroom, 1132 Bishop Street, Suite 250, Honolulu, Hawaii.. The deadline to file an objection to confirmation is 7 days before the hearing or 21 days after the filing of an amended plan, whichever is later. The hearing may be continued to provide sufficient time to object or may be canceled if no timely objections are filed. If you do not receive a copy of the plan with this notice, the debtor is responsible for sending you the plan separately.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813<br>Telephone number: (808) 522–8100 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Michael B. Dowling |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date: 3/18/10 |

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Mar 20, 2010.
```
db      +Teresa Jean Moore,   P.O. Box 75217,   Honolulu, HI 96836-0217
tr      +Howard M.S. Hu,   1132 Bishop Street, Suite 301,   Honolulu, HI 96813-2814
smg      Department of Taxation, State of Hawaii,   Attn: Bankruptcy Unit,   P.O. Box 259,
          Honolulu, HI 96809-0259
1000846  AMERICAN MEDICAL RESPONSE,   File 73329 P.O. Box 60000,   San Francisco, CA 94160-3329
1000844 +AOAO THE WINDSOR,   1001 Bishop Street, Suite 780,   Honolulu, HI 96813-3484
1000845  APRIA HEALTHCARE,   1328 South Highland Avenue,   Jackson, TN 38301-7369
1000857  BANK OF AMERICA,   P.O. Box 37176,   San Francisco, CA 94137-0001
1000847 +BAY AREA CREDIT SERVICES, LLC,   1901 W. 10th Street,   Antioch, CA 94509-1380
1000849 +BAYVIEW LOAN SERVICING, LLC,   4425 Ponce De Leon Blvd.,   Coral Gables, FL 33146-1837
1000839 +CAL-WESTERN RECONVEYANCE CORP.,   525 East Main Street,   EI Cajon, CA 92020-4007
1000855 +CALIFORNIA FRANCHISE TAX BOARD,   P.O. Box 942840,   Sacramento, CA 94240-0001
1000853 +CARRINGTON MORTGAGE SERVICES, LLC,   1610 E. St. Andrew Place, Suite B150,
          Santa Ana, CA 92705-4931
1000851  CITIMORTGAGE, INC,   P.O. Box 9438,   Gaithersburg, MD 20898-9438
1000856 +COUNTY TREASURER-TAX COLLECTOR,   625 Court Street, Room 100,   Martinez, CA 94553-1231
1000850  CR TITLE SERVICES, INC.,   P.O. Box 16128,   Tucson, AZ 85732-6128
1000840  ENHANCED RECOVERY CORPORATION,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
1000852  INDYMAC FEDERAL BANK,   P.O. Box 78826,   Phoenix, AZ 85062-8826
1000854  INTERNAL REVENUE SERVICE,   P.O. Box 24035,   Fresno, CA 93779-4035
1000848  KAISER FOUNDATION HEALTH PLAN, INC.,   File 50016,   Los Angeles, CA 90074-0016
1000860  LOAN PAYMENT ADMINISTRATION,   4889 William Penn Hwy, #1002,   Murrysville, PA 15668-2008
1000859 +MONTEREY FINANCIAL SERVICES,   P.O. Box 2809,   Carlsbad, CA 92018-2809
1000837 +NATIONAL CITY MORTGAGE CO.,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
1000838 +NATIONAL CITY REAL ESTATE SERVICE, LLC,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
1000841  TIBURON FINANCIAL, LLC,   218A South 108th Avenue,   Omaha, NE 68154-2631
1000842 +WELLS FARGO BANK, NA,   420 Montgomery Street,   San Francisco, CA 94104-1298
1000843 +WELLS FARGO SERVICES,   P.O. Box 14469,   Des Moines, IA 50306-3469
```

The following entities were noticed by electronic transmission on Mar 18, 2010.
```
1000857  EDI: BANKAMER2.COM Mar 18 2010 20:43:00     BANK OF AMERICA,   P.O. Box 37176,
          San Francisco, CA 94137-0001
1000858 +EDI: WFFC.COM Mar 18 2010 20:43:00     WELLS FARGO CARD SERVICES,   P.O Box 10347,
          Des Moines, Iowa 50306-0347
                                                                          TOTAL: 2
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 20, 2010                Signature: *Joseph Speetjens*

# **EXHIBIT-4**



Richard S. Ekimoto
John A. Morris
Gwenaelle M. Bratton
Russell H Ando

Of Counsel:
Arlette S. Harada
Everett S. Kaneshige

March 20, 2010

<u>**VIA REGULAR & CERTIFIED MAIL**</u>
<u>**RETURN RECEIPT REQUESTED**</u>

The Heirs or Devisees of
  Pacita Inductivo Herschelman, Deceased
% Teresa J. Moore, Personal Representative
  of the Pacita Herschelman Estate
PO Box 75217
Honolulu  HI  96836

<u>**VIA REGULAR & CERTIFIED MAIL**</u>
<u>**RETURN RECEIPT REQUESTED**</u>

The Heirs or Devisees of
  Pacita Inductivo Herschelman, Deceased
% Teresa J. Moore, Personal Representative
  of the Pacita Herschelman Estate
343 Hobron Lane #4404
Honolulu  HI  96815

      Re:    Association of Apartment Owners of The Windsor
            Property:   343 Hobron Lane
                       Apartment No. 4404
                       Honolulu, Hawaii  96815
            <u>Notice of Non-Judicial Foreclosure</u>

Dear Ms. Moore:

    This office represents the Association of Apartment Owners of The Windsor with regard to unpaid Association common assessments pertaining to the above-referenced property.

The Heris or Devisees of
  Pacita Inductivo Herschelman, Deceased
% Teresa J. Moore, Personal Representative
  of the Pacita Herschelman Estate
March 20, 2010
Page 2


        This letter serves as notice to you that the Association has elected to proceed with
a non-judicial foreclosure. The Association will be selling the above-referenced property
at a public auction. The enclosed Notice of Association's Non-Judicial Foreclosure will
be published in the local newspaper. As stated in the Notice, the property will be
auctioned on Friday, May 7, 2010 at 12:00 noon at the front entrance of the First Circuit
Court, State of Hawaii, which is located at 777 Punchbowl Street, Hawaii 96813.

        As required by law, please be advised that:

        **WE ARE DEBT COLLECTORS AND THIS IS AN
        ATTEMPT TO COLLECT A DEBT. ANY INFORMATION
        OBTAINED AS A RESULT OF OR IN CONNECTION
        WITH THIS COMMUNICATION WILL BE USED FOR
        THAT PURPOSE.**


                        Very truly yours,

                        EKIMOTO & MORRIS, LLLC


                        By_____
                          John A. Morris
                          Russell H. Ando


JAM:RHA:nb/G:Windsor/Herschelman.2010-03.20
Copy:   Board of Directors, AOAO The Windsor
            % Managing Agent [w/ Enclosure]

Enclosure(s) as stated

NOTICE OF ASSOCIATION'S FORECLOSURE UNDER POWER OF SALE
(AOAO The Windsor vs. The Heirs or Devisees of
Pacita Inductivo Herschelman, Deceased )

AOAO The Windsor, as Lienholder, under and pursuant to Sections 514B-146(a) and 667-5 through 667-10, HRS, as amended, **gives notice that the Association will hold a sale by public auction on May 7, 2010, at 12:00 noon, at the First Circuit Court Building, 777 Punchbowl Street, Honolulu, Hawaii (at the Ewa end of the plaza) of the real property located at 343 Hobron Lane, Honolulu, Hawaii; being Apartment No. 4404 of the condominium project known as "The Windsor"** (TMK No. (1) 2-6-012-047; CPR No. 0181; Apt. No. 4404). **Terms of the sale are**: (1) no upset price; (2) property sold strictly in an "as is" condition; (3) property sold without covenant or warranty, express or implied, as to title, possession or encumbrances and property may have encumbrances of: a July 12, 2004 mortgage of about $486,400.00 held by National City Mortgage Co dba Commonwealth United Mortgage Company; a July 30, 2004 mortgage of about $60,800.00 held by Wells Fargo Bank, N.A.; and any outstanding real property taxes; (4) purchaser must pay 10% of the highest successful bid price in cash or by cashier's or certified check at close of auction; (5) property is to be conveyed by the Association by a quitclaim conveyance to the successful purchaser, upon payment by purchaser of all costs related to the sale (conveyance documents preparation, conveyance tax, etc.) and all taxes and other charges; (6) purchaser is responsible for securing possession at closing; and (7) sale is subject to 30-day right to redeem by the owner. THIS ACTION IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Inquiries should be directed to Ekimoto & Morris, attorneys for the Association, 1001 Bishop Street, Suite 780, Honolulu, Hawaii 96813.



U.S. POSTAGE

$0.440  $0.440 $
$0.440 MI
MAR 22 '10  38

HON
HI

NBB
Ekimoto & Morris LLLC
1001 Bishop Street, Suite 780
Honolulu, Hawaii 96813

THE HEIRS OR DEVISEES OF
PACITA INDUCTIVO HERSCHELMAN, DECEASED
% TERESA J. MOORE, PERSONAL REPRESENTATIVE
OF THE PACITA HERSCHELMAN ESTATE
PO BOX 75217
HONOLULU  HI  96836

9683680217 B002    ||..|..|..|..|..||..|..||..|..||..||..||..||..|..|

**EXHIBIT-5**

DERECK MOORE | MUT | 15:10 PM

## UNAUTHORIZED PARKING:

YOUR VEHICLE NOT AUTHORIZED TO
PARK IN THIS STALL YOU ARE IN
VIOLATION. PLEASE DO NOT PARK
IN THIS STALL VEHICLE SUBJECT
TO TOW.

| DATE: | APRIL 6, '10 |
| LOCATION: | STALL # 194 |
| | 2ND FLR. PARKING GARAGE |

VEHICLE ID: FWT 927

VEHICLE MAKE: MERCEDES BENZ
MODEL/COLOR: 190E / RED

ACTION: X WARNING ___ TOW AWAY

| TOW AWAY TIME: | TOW AWAY DATE: | REQUESTED BY: |

VEHICLE CAN BE RECLAIMED AT THE FOLLOWING LOCATION:

PARKING FEE DUE
PLEASE PAY: $

ISSUED BY:
S/O JERRY D PINEDA

4·7·10

Please inform your staff
that any attempt to
enforce the 'alternative Proceedings'
is a violation of the current
Bankruptcy Stay

U.S. Bankruptcy Court - Hawaii  #10-00771  Dkt # 18  Filed  05/04/10  Page 35 of 41

**EXHIBIT-6**

Teresa J. Moore
P.O. Box 75217
Honolulu, HI 96836
(818) 206-1146

19 April 2010

Michael G. Kozak
Case Lombardi & Pettit
737 Bishop Street, Ste 2600
Honolulu, HI 96813

HAND DELIVERY

Dear Mr. Kozak:

Please find attached a check for $600 for the April 2010 HOA Assessment for your client AOAO THE WINDSOR, as required by the current Chapter 13 plan which was filed on April 15, 2010.

Additionally, please instruct your clients to reinstate the garage openers, the cable, and access to the common areas. Any further attempt to enforce the "Alternative Proceedings" and or proceed with a foreclosure is a violation of the current bankruptcy stay.

Attached is a copy of the Bankrutpcy Notification that was sent to Ekimoto & Morris by the Bankrutpcy Court on March 20, 2010.

Please contact me if there is any questions or concerns you may have with this information. I can be reached at 818-206-1146.

Sincerely,

*Teresa J. Moore*

Teresa J. Moore

---

TERESA MOORE
8TH AND SAN CARLOS BOX S-3234
CARMEL, CA 93921

140

11-4288/1210 4215
2011321130

17 April 2010  Date

Pay to the
Order of  A.O.A.O THE WINDSOR                    $ 600.00

*Six hundred dollars*                              Dollars

Wells Fargo Bank, N.A.
California
wellsfargo.com

For  Apr. HOA Fees #4404          *Teresa J. Moore*

⑆121                    00140

Teresa J. Moore
Eugene F. Herschelman
Post Office Box 75217
Honolulu, Hawaii 96836
Tel: (818) 206-1146
Fax: (818) 647-1186

*For the Plaintiffs.*

In the
## United States District Court
District of the Hawaii
300 Ala Moana Boulevard, Honolulu, Hawaii

| | |
|---|---|
| Teresa J. Moore, *et alia*, ) | Civil Case: CV09-00461-DAE/KSC |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| NATIONAL CITY MORTGAGE COMPANY; ) | MAIL SERVICE DECLARATION |
| *et alia*, ) | |
| Defendants. ) | |
| ) | |

### MAIL SERVICE DECLARATION

On the date: <u>May 4, 2010</u>, I completed the service of the documents: <u>EMERGENCY MOTION TO ENFORCE THE AUTOMATIC STAY; ENJOIN THE FORECLOSURE SALE SCHEDULED FOR MAY 7, 2010 AND TO IMPOSE CONTEMPT SANCTIONS ; MEMORANDUM OF LAW; DECLARATION OF TERESA JEAN MOORE</u>

with the parties: <u>Service Address List</u> by the method: <u>Check Box Mark</u> from the location: <u>Honolulu, Hawaii</u>.

On the date: <u>May 4, 2010</u>, I completed the filing of the documents: <u>EMERGENCY MOTION TO ENFORCE THE AUTOMATIC STAY; ENJOIN THE FORECLOSURE SALE SCHEDULED FOR MAY 7, 2010 AND TO</u>

IMPOSE CONTEMPT SANCTIONS ; MEMORANDUM OF LAW; DECLARATION OF TERESA JEAN MOORE

with the Office: Clerk of the Court, U.S. Bankruptcy Court, Hawaii District by the method: personal hand delivery to the address: 1132 Bishop Street, Honolulu, Hawaii.

I declare under the penalty of the perjury by the laws of the United States of the America that the foregoing statements are with the truth by the best of my knowledge.

DATE: 05/04/2010

Robert-Garvin: Moore,
Post Office Box 75217
Honolulu, Hawaii 96836
(818) 206-1146

## SERVICE ADDRESS LIST

| USPS Mail  Hand  Fax  (eMail) | USPS Mail  Hand  Fax  (eMail) |
|---|---|
| **NATIONAL CITY MORTGAGE CO.** | **NATIONAL CITY REAL ESTATE SERVICES** |
| c/o David B. Rosen, Esq. | c/o David B. Rosen, Esq. |
| 810 Richards Street, Suite 880 | 810 Richards Street, Suite 880 |
| Honolulu, Hawaii 96813 | Honolulu, Hawaii 96813 |
| rosenlaw@hawaii.rr.com | rosenlaw@hawaii.rr.com |
| gihorwitz@vorys.com | gihorwitz@vorys.com |
| USPS Mail  Hand  Fax  (eMail) | USPS Mail  Hand  Fax  (eMail) |
| **PNC FINANCIAL SERVICES GROUP, INC** | **CAL-WESTERN RECONVEYANCE CORP.** |
| c/o David B. Rosen, Esq. | c/o David E. McAllister, Esq. |
| 810 Richards Street, Suite 880 | 810 Richards Street, Suite 880 |
| Honolulu, Hawaii 96813 | Honolulu, Hawaii 96813 |
| rosenlaw@hawaii.rr.com | dmcallister@piteduncan.com |
| | mmierzwa@cwrc.com |
| USPS Mail  Hand  Fax  (eMail) | USPS Mail  Hand  Fax  (eMail) |
| **PITE DUNCAN, LLP** | **WELLS FARGO BANK, N.A.** |
| c/o David E. McAllister, Esq. | c/o Brian P. Sheehy, Esq. |
| 810 Richards Street, Suite 880 | 1099 Alakea Street, Suite 1800 |
| Honolulu, Hawaii 96813 | Honolulu, Hawaii 96813 |
| dmcallister@piteduncan.com | blamon@goodsill.com |
| rosenlaw@hawaii.rr.com | bsheey@goodsill.com |
| USPS Mail  Hand  Fax  (eMail) | USPS Mail  Hand  Fax  (eMail) |
| **BANK OF HAWAII** | **AOAO THE WINDSOR** |
| c/o Mark T. Shklov, Esq. | c/o Michael G. Kozak, Esq. |
| 1001 Bishop Street, Suite 988 | 737 Bishop Street, Suite 2600 |
| Honolulu, Hawaii 96813 | Honolulu, HI 96813 |
| mark@shklovlaw.com | MKozak@caselombardi.com |
| | jmorris@hawaiicondolaw.com |
| USPS Mail  Hand  Fax  (eMail) | USPS Mail  Hand  Fax  (eMail) |
| **NEW CENTURY MORTGAGE CORP.** | **CARRINGTON MORTGAGE SERVICES, LLC** |
| c/o Monika Lemhoefer McCarthy, Esq. | c/o Carol A. Eblen, Esq. |
| New Century Liquidating Trust | 1099 Alakea Street, Suite 1800 |
| 575 Anton Blvd. Suite 300 | Honolulu, Hawaii 96813 |
| Costa Mesa, CA 92626 | ceblen@goodsill.com |
| mmccarth@ncen.com | ayap@goodsill.com |
| USPS Mail  Hand  Fax  (eMail) | USPS Mail  Hand  Fax  (eMail) |
| **DEUTSCHE BANK NATIONAL TRUST** | **EKIMOTO & MORRIS, LLC** |
| c/o Carol A. Eblen, Esq. | c/o Peter W. Olson, Esq. |
| 1099 Alakea Street, Suite 1800 | 1000 Bishop Street, 12th Floor |
| Honolulu, Hawaii 96813 | Honolulu, Hawaii 96813-4216 |
| ceblen@goodsill.com | polson@cades.com |
| ayap@goodsill.com | ajones@cades.com |

USPS Mail Hand Fax eMail

**RUSH MOORE, LLP**
c/o Keith K. Hiraoka, Esq.
841 Bishop Street, Suite 900
Honolulu, HI 96813
khiraoka@rlhlaw.com
jyoshimura@rlhlaw.com

USPS Mail Hand Fax eMail

Bankruptcy Trustee: Howard M.S. Hu
1132 Bishop Street, Ste 301
Honolulu, Hi 96813

U.S. Bankruptcy Court - Hawaii  #10-00771  Dkt # 18  Filed  05/04/10  Page 41 of 41