| Filer's Name, Address, Phone, Fax, Email: | |
|---|---|
| JOHN A. MORRIS  3732-0<br>RUSSELL H. ANDO  2667-0<br>1001 Bishop Street, Suite 780<br>Honolulu, Hawaii 96813<br>Telephone No. 523-0702   Facsimile: 538-1927<br>Email: jmorris@hawaiicondolaw.com | <br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813<br>FILED<br>BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>2010 JUN 16 PM 1:50 |

hib_4001-1cs (12/09)

| Debtor: TERESA JEAN MOORE | Case No.: **10-00771 RJF** |
|---|---|
| Joint Debtor:<br>(if any) | Chapter: **13** |
| **COVER SHEET - MOTION FOR RELIEF FROM STAY**   (PAID)<br>*Instructions*: Complete A. for all motions. Complete B. if seeking to enforce security interest. Complete C. if motion concerns a lease. Complete D. for other types of relief. Complete E. if seeking extraordinary relief. | Hearing Date: JULY 14, 2010<br>Time:  1:30 PM |

**A. Relief sought under**   [✓] 11 U.S.C. § 362(d) – Automatic Stay   [ ] 11 U.S.C. § 1301(c) – Chapter 13 Codebtor Stay

Movant: ASSOCIATION OF APARTMENT OWNERS OF THE WINDSOR

Role (mortgagee, lessor, agent, plaintiff, etc.): **SECURED CREDITOR**   [ ] Debtor's principal residence

Subject Matter (real/personal property, litigation, etc.): **343 Hobron Lane, #4404, Honolulu, Hawaii 96815**
(use address/TMK/vehicle ID, etc.)

If pending litigation, last major prepetition event:
(decree of foreclosure, writ of possession, etc.)

| B. Security Interest (mortgage, lien, etc.) | Movant's lien position (1st, 2nd, etc.): |
|---|---|
| Date of loan: | Maturity date: |
| Original amt: $ | Principal bal: $ | Interest, late fees, etc.: $ |
| Monthly pmt: $ | Prepetition arrears: $ | Postpetition arrears: $ |
| Debtor's valuation in schedules: $ | Movant's valuation (if different): $ |

| List all encumbrances: | Sr. lien: | | $ |
|---|---|---|---|
| | 2nd lien: | | $ |
| | Total other liens: | | $ |
| | Add all liens ................................................................................... | | $ |

| C. Lease | Date of lease: | Payment: $        per |
|---|---|---|
| Prepetition arrears: $ | | Postpetition arrears: $ |

**D. Other**   Describe relief sought, title of action and court of any litigation, and any applicable insurance:

**E. Extraordinary relief requested:**   [ ] Retroactive relief   [ ] "in rem" relief   [ ] No stay of order

The above information summarizes allegations in attached motion.   /s/ _____
                                                                        For Movant

Of Counsel:
EKIMOTO & MORRIS
A Limited Liability Law Company LLLC

JOHN A. MORRIS     3732-0
RUSSELL H. ANDO     2667-0
1001 Bishop Street, Suite 780
Honolulu, Hawaii 96813
Telephone No. 523-0702

Attorneys for Secured Creditor
ASSOCIATION OF APARTMENT
OWNERS OF THE WINDSOR

UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>TERESA JEAN MOORE,<br><br>               Debtor. | CASE NO. 10-00771 (RJF)<br>(Chapter 13)<br><br>SECURED CREDITOR ASSOCATION OF APARTMENT OWNERS OF THE WINDSOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO APARTMENT 4404 AT THE WINDSOR OR FOR DISMISSAL OF THIS CASE AS TO THAT PROPERTY<br><br><u>HEARING</u><br>Date:   July 14, 2010<br>Time:   1:30 p.m.<br>Judge: Honorable Robert J. Faris |

SECURED CREDITOR ASSOCATION OF APARTMENT OWNERS OF THE WINDSOR'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO APARTMENT 4404 AT
<u>THE WINDSOR OR FOR DISMISSAL OF THIS CASE AS TO THAT PROPERTY</u>

Secured Creditor ASSOCATION OF APARTMENT OWNERS OF THE WINDSOR, by and through its attorneys EKIMOTO & MORRIS, A Limited Liability Law Company, LLLC, respectfully represents:

As to the issue of lifting the stay, this is a motion pursuant to 28 U.S.C. §157(a) and §1334, Rule 4001(a)(1) and (3) of the Federal Rules of Bankruptcy Procedure, 11 U.S.C. §362(d), LBR 4001. As to the issue of dismissing the case, this is a motion pursuant to 28 U.S.C. §707, §1112 and §1307, Rule 4001(a)(1) and (3) of the Federal Rules of Bankruptcy Procedure, 11 U.S.C. §362(d), LBR 4001. This motion relies on the Memorandum in Support of Motion, and Exhibits, simultaneously filed herein, the records and files in the case, and such other and further matters as may be presented herein.

DATED: Honolulu, Hawaii,     June 15, 2010    .

/s/ John A. Morris
JOHN A. MORRIS
RUSSELL H. ANDO
Attorneys for Secured Creditor
ASSOCATION OF APARTMENT OWNERS OF THE WINDSOR